UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:09cr00391 |
| JASON B. HART, | ) ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on defendant's motion to proceed in forma pauperis on appeal (Doc. No. 49). Upon review of the financial affidavit, the Court has determined that defendant is unable to pay the appellate filing fee. 28 U.S.C. § 1915; Fed. R. Civ. P. 24(a)(1). Consequently, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to proceed in forma pauperis on appeal (Doc. No. 49) is **GRANTED**.

Dated this 13th day of April, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE